Albert E. GORING, Jr., Trustee in Bankruptcy, Appellant,

v.

UNITED STATES of America, Appellee.

No. 148, Docket 28237.

United States Court of Appeals Second Circuit.

Argued Jan. 28, 1964.

Decided May 1, 1964.

Vincent J. Giedraitis, Hartford, Conn., for Trustee.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, Fred E. Youngman, Attys., Dept. of Justice, Washington, D. C. (Robert C. Zampano, U. S. Atty., of counsel), for appellee.

Before LUMBARD, Chief Judge, and WATERMAN and MARSHALL, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Clarie below, reported at 214 F.Supp. 917 (1963).